## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Young B. Kim | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 300 | **DATE** | August 16, 2011 |
| **CASE TITLE** | Woods vs. Wickes Furniture Co., Inc. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant Wickes Furniture Company, Inc. did not appear. Plaintiff (pro se) appeared telephonically. Plaintiff reported that she is moving forward against Wickes and Ken Bretwisch and she is no longer pursuing any claims against Bob Young or Bob Zirk. Defendant Bretwisch appeared in person and indicated that he will file a motion to dismiss in response to Plaintiff's third amended complaint. Bretwisch is given until August 26, 2011, to file his motion to dismiss Plaintiff's third amended complaint. The court will issue a follow-up order setting a briefing schedule once the motion is filed.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | aac |
|---|---|---|